**FILED - GR**
March 24, 2021 3:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tlb   SCANNED BY: TB 3/24/21

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW DEAN DESILVA
(a.k.a. Dean_M772),

    Defendant.
_____/

1:21-cr-65
Paul L. Maloney
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**(Distribution & Receipt of Child Pornography)**

Between in or about September 2019 and in or about January 2020, in Eaton and Ingham Counties, in the Southern Division of the Western District of Michigan,

**MATTHEW DEAN DESILVA
(a.k.a. Dean_M772)**

knowingly received and distributed child pornography that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, Defendant sent and received numerous images of child pornography using Internet applications on his Apple iPhone, including the applications Tok and Kik.

18 U.S.C. § 2252A(a)(2), (b)(1)
18 U.S.C. § 2256

## FORFEITURE ALLEGATION
(Receipt and Distribution of Child Pornography)

The allegations contained in the Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A,

### MATTHEW DEAN DESILVA
(a.k.a. Dean_M772)

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property. The property to be forfeited, as to all counts, includes, but is not limited to an Apple iPhone XS Max, Model A1921, Serial No. F2LY910QKPHG.

If any of the property described above, as a result of any act or omission of the defendant

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and by 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)
18 U.S.C. § 2252A
18 U.S.C. § 2256(8)(A)

Date: 3/24/2021

ANDREW BYERLY BIRGE
United States Attorney

DAVIN M. REUST
Assistant United States Attorney